**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:21-MC-00168-GCM**

| | |
|---|---|
| **IN RE SUBPOENA ISSUED TO ATTORNEY JOHN ROSEBORO** in<br><br>Tony Scott, Jr. and Tony Scott, Sr. v. City of Durham, Durham Police Department, Officer Michael McGlasson, and Officer Cornell Richards,<br><br>Pending in the United States District Court for the Middle District of North Carolina, Western Division, Civil Action No. 1:20-CV-558 | **ORDER** |

**THIS MATTER** comes before the Court on the motion of John Roseboro. Mr. Roseboro, an attorney representing the defendant in *Tony Scott, Jr. v. City of Durham*, Civil Action No. 1:20-CV-558 (now pending in the United States District Court for the Middle District of North Carolina), was subpoenaed for a deposition by the plaintiff's attorney in that matter. Mr. Roseboro asks the Court to quash the subpoena.

For the reasons set forth in the verified motion and the brief in support, the Court will GRANT the motion to quash.

**SO ORDERED.**

Signed: September 1, 2021

Graham C. Mullen
United States District Judge